No. 72–6378.   THOMAS *v.* COWAN, PENITENTIARY SU-
PERINTENDENT.   C. A. 6th Cir.   Certiorari denied.   MR.
JUSTICE DOUGLAS would grant certiorari.

No. 72–6472.   TURNER *v.* CLINCHFIELD RAILROAD CO.
Ct. App. Tenn.   Certiorari denied.   MR. JUSTICE DOUG-
LAS would grant certiorari.

No. 72–976.   WOODBURY ET AL. *v.* COLLER, JUDGE, ET AL.
Sup. Ct. Ohio.   Motion to dispense with printing petition
granted.   Certiorari denied.

No. 72–1149.   CARTER ET AL. *v.* STRAIGHT ET AL.   Ct.
App. Ohio, Gallia County.   Motion to dispense with
printing petition granted.   Certiorari denied.

No. 72–1161.   GENERAL MOTORS CORP. *v.* DEVEX CORP.
ET AL.   C. A. 3d Cir.   Certiorari denied.   MR. JUSTICE
POWELL took no part in the consideration or decision of
this petition.

No. 72–1272.   BELTRONE *v.* GENERAL MOTORS CORP.
ET AL.   C. A. D. C. Cir.   Certiorari denied.   MR. JUSTICE
POWELL took no part in the consideration or decision of
this petition.

No. 72–6213.   HUNTER *v.* GENERAL MOTORS CORP. ET
AL.   C. A. 6th Cir.   Certiorari denied.   MR. JUSTICE
POWELL took no part in the consideration or decision of
this petition.

No. 72–1253.   WALSH, TRUSTEE IN BANKRUPTCY, ET
AL. *v.* CEDOR ET AL.   C. A. 9th Cir.   Motion of respond-
ents for leave to proceed *in forma pauperis* granted.   Cer-
tiorari denied.   MR. JUSTICE BLACKMUN would grant
certiorari.